■ GERALDINE DOWSON et al., Appellants, v FOREST PARK ASSOCIATION OF GREENWOOD LAKE, NEW YORK, INC., Respondent. (And Other Actions.) [643 NYS2d 1022]

The proponent of a summary judgment motion "must make a prima facie showing of entitlement to judgment as a matter of law, tendering sufficient evidence to demonstrate the absence of any material issues of fact" *(Alvarez v Prospect Hosp.,* 68 NY2d 320, 324; *Carroll v St. Anthony's High School,* 226 AD2d 415). Once the movant has demonstrated such a showing, the burden shifts to the party opposing the motion to produce evidence in admissible form sufficient to establish the existence of any material issues of fact requiring a trial of the action *(see, Zuckerman v City of New York,* 49 NY2d 557, 562; *Carroll v St. Anthony's High School, supra).*

The defendant demonstrated its entitlement to judgment as a matter of law *(see,* CPLR 3212 [b]; *Zuckerman v City of New York, supra,* at 562; *Carroll v St. Anthony's High School, supra)* and the plaintiffs failed to proffer any evidence to establish the existence of triable issues of fact. Under these circumstances, summary judgment was properly granted to the defendant *(see, Allou Health & Beauty Care v Syracuse Salon Distribs.,* 226 AD2d 411; *Saint-Vil v Staluppi Car Sales,* 226 AD2d 442; *cf., Carroll v St. Anthony's High School, supra).* Bracken, J. P., O'Brien, Joy and Goldstein, JJ., concur.